DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Central Telephone Co. v. Tolson<br><br>Case below:<br>174 N.C. App. 554 | No. 695P05 | 1. Petitioner's (Tel. Co.) NOA Based Upon a Constitutional Question (COA04-1224)<br><br>2. Respondent's Motion to Dismiss Appeal<br><br>3. Petitioner's (Tel. Co.) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (06/29/06)<br><br>3. Denied (06/29/06) |
|---|---|---|---|
| Chambliss v. Health Sciences Found., Inc.<br><br>Case below:<br>176 N.C. App. 388 | No. 194P06 | 1. Defs' PDR Under N.C.G.S. 7A-31 (COA04-1687)<br><br>2. Defs' Motion to Withdraw PDR | 1. Dismissed as Moot (06/29/06)<br><br>2. Allowed (06/29/06) |
| Cherney v. N.C. Zoological Park<br><br>Case below:<br>166 N.C. App. 684 | No. 606A04-2 | Plt's Petition for Writ of Mandamus (COA03-1615) | Allowed (06/29/06)<br><br>**Newby, J., and Timmons-Goodson, J., Recused** |
| Concord Eng'g & Surveying, Inc. v. Freeman<br><br>Case below:<br>176 N.C. App. 407 | No. 176P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-550) | Denied (06/29/06) |
| Cook v. Erect All<br><br>Case below:<br>176 N.C. App. 407 | No. 185P06 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA05-861)<br><br>2. Def's Conditional PDR | 1. Denied (06/29/06)<br><br>2. Dismissed as Moot (06/29/06) |
| Durham Land Owners Ass'n. v. County of Durham<br><br>Case below:<br>177 N.C. App. 629 | No. 343P05-2 | 1. Def's Motion for Temporary Stay (COA05-736)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied 06/15/06<br><br>2. Denied (06/29/06)<br><br>3. Denied (06/29/06) |
| Early v. County of Durham Dep't of Soc. Servs.<br><br>Case below:<br>172 N.C. App. 344 | No. 524P05 | Respondent's (DSS) PDR Under N.C.G.S. § 7A-31 (COA04-35) | Allowed (06/29/06) |
| Foster-Long v. Durham Cty.<br><br>Case below:<br>177 N.C. App. 462 | No. 303P06 | Def's (Durham County) PDR Under N.C.G.S. § 7A-31 (COA05-1287) | Denied (06/29/06) |